gan Judicial Tenure Commission, petitioner. *Earl Warren Bennett, in propria persona,* respondent.

DUNHAM v LOWINGER. (Docket No. 55419.) Defendants-appellee's motion for a stay of proceedings in the trial court pending decision on their motion for reconsideration of this Court's order of November 25, 1975 (395 Mich 793) is considered, and the same is hereby denied April 21, 1976. *Lopatin, Miller, Bindes & Freedman* and *Michael H. Feiler* for plaintiff-appellant. *Garan, Lucow, Miller, Lehman, Seward & Cooper, P. C.,* for defendants-appellees. Case below, Court of Appeals No. 12819, per curiam opinion of July 27, 1973.

APRIL 23, 1976

STATE BAR GRIEVANCE ADMINISTRATOR v BAUN. (Docket No. 56119.) The petition of the State Bar Grievance Administrator to vacate the stay of proceedings entered in this cause by order of July 26, 1974, is considered and the same is hereby granted. Now, it is therefore ordered, that this Court's order of July 26, 1974 granting the motion by respondent for a stay pending appeal is hereby vacated. *Louis Rosenzweig* for petitioner. *Watson, Wunsch & Keidan, P. C., Edward Dobreff,* and *Robert J. Lord,* for respondent.

PEOPLE v THOMAS WRIGHT (PEOPLE v HICKS, PEOPLE v LITTLE). (Docket No. 58310.) Leave to appeal prior to decision by the Court of Appeals is denied April 23, 1976, because the appellant has failed to persuade the Court that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Research, Training and Appeals, and *Timothy A. Baughman,* Assistant Prosecuting Attorney, for the people, appellant. Case below, Court of Appeals No. 26491, order of December 15, 1975.